In the Matter of the Claim of WILLIAM REGAN, Respondent, against METRO-POLITAN LIFE INSURANCE COMPANY, Mortgagee in Possession of MARK RAFALSKY & Co., Agents, and THE TRAVELERS INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of De Filipis* v. *Falkenberg* (170 App. Div. 153; affd., 219 N. Y. 581); *De Salvo* v. *Jenkins* (205 App. Div. 198; affd., 239 N. Y. 531); *Matter of Scholtzhauer* v. *C. & L. Lunch Co.* (233 id. 12); *Schlener* v. *American News Co.* (240 id. 622); *Aierlo* v. *Haft* (247 id. 602); *Matter of Lebeda* v. *Pongracz* (256 id. 560). Hill, P. J., Rhodes, McNamee and Crapser, JJ., concur; Heffernan, J., dissents and votes for affirmance.

In the Matter of the Claim of Mrs. G. LESTER RANDALL, Respondent, against EARL C. JONES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; McNamee, J., dissents, on the ground that there is a question of law as to the jurisdiction of the Board.

In the Matter of the Claim of JOHN PASTUSHOB, Respondent, against MUCHNIK & ABRAMS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, and decision (handed down March 15, 1934, *ante*, p. 783) amended by striking therefrom " with costs to the State Industrial Board," and inserting in the place thereof " with costs to the claimant." Present — Hill, P. J., McNamee Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM EDWARDS, Respondent, against MARY-LAND CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of WILLIAM V. PURDUE, Respondent, against THE BALTIMORE AND OHIO RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the Sate Industrial Board. Present — HILL, P. J., McNamee, Crapser, Bliss and Heffrnan, JJ.

In the Matter of the Claim of JOSEPH MORRO, Respondent, against ARCHI-TECTURAL PLASTERING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MILLIE SCRIVANO, Respondent, against J. J. HARRINGTON & Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.